UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ELIZABETH L MELENDEZ,

    Plaintiff,

v.                                                                          Case No: 5:21-cv-149-JSM-PRL

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC,
TRANSUNION, LLC and HUNTER
WARFIELD, INC.,

    Defendants.
_____

ORDER

The Court has been advised via a Joint Notice of Settlement (Dkt. 33) that the above-styled action has been settled as to the claims against TransUnion, LLC. Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant TransUnion, LLC and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate Defendant TransUnion, LLC from the file.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of August, 2021.

                                                                     JAMES S. MOODY, JR.
                                                                     UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record