**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

ELIZABETH L MELENDEZ,

    Plaintiff,

v.                                                    Case No: 5:21-cv-149-JSM-PRL

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC and
HUNTER WARFIELD, INC.,

    Defendants.
_____

ORDER

The Court has been advised via a Joint Notice of Settlement (Dkt. 37) that the above-styled action has been settled as to the claims against Experian Information Solutions, Inc. Accordingly, pursuant to Local Rule 3.09(b), it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant Experian Information Solutions, Inc. and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate Defendant Experian Information Solutions, Inc. from the file.

**DONE** and **ORDERED** in Tampa, Florida, this 15th day of September, 2021.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record