UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ELIZABETH L. MELENDEZ,

    Plaintiff,

v.                                    Case No: 5:21-cv-149-JSM-PRL

EQUIFAX INFORMATION SERVICES,
LLC and HUNTER WARFIELD, INC.,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Dkt. 39). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice as to Equifax Information Services, LLC, with each party to bear their own attorney's fees and costs.

2.    The Clerk is directed to terminate Defendant Equifax Information Services, LLC from this case.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of September, 2021.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record