UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ELIZABETH L MELENDEZ,

    Plaintiff,

v.                                                 Case No: 5:21-cv-149-JSM-PRL

HUNTER WARFIELD, INC.,

    Defendants.

_____

ORDER

    The Court has been advised via a Joint Notice of Settlement (Dkt. 43) that the above-styled action has been settled as to the claims against Hunter Warfield, Inc. Accordingly, pursuant to Local Rule 3.09(b), it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant Hunter Warfield, Inc. and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida, this 27th day of October, 2021.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record